PER CURIAM.

(No. 75-CC-257— 

ARROW ROAD CONSTRUCTION CO., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed December 31, 1974.*

ARROW ROAD CONSTRUCTION CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.